PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Alfred A. Mele            Docket No. 1:CR-01-224-001

### Petition on Probation and Supervised Release

COMES NOW Douglas M. Durnin     PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Alfred A. Mele who was placed on supervision by the Honorable Sylvia H. Rambo sitting in the court at Harrisburg on the 10th day of May, 2002, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall pay any balance of the restitution imposed by this judgment that remains unpaid at the commencement of the term of supervised release on in minimum monthly installments of no less than $200.00.*

**\*On September 14, 2004, the Court ordered the monthly payment amount reduced to $25.00.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release from imprisonment on August 6, 2004, Mr. Mele has lived in Margate, Florida and has been supervised by the U.S. Probation Office in Ft. Lauderdale. According to his probation officer, Mr. Mele has been unable to pay the full fine amount ($40,000.00) imposed by the Court and a balance of $39,550.00 remains. In all other respects, Mr. Mele, has been compliant and there appears to be no basis for violation action. Mr. Mele, now age 68, is unemployed and receives monthly Social Security benefits of about $750.00. Since his release, Mr. Mele has made monthly restitution payments in accordance with the modified special condition of supervised release and in accordance with his ability to pay. Further, Mr. Mele has signed an Agreement (copy attached) to continue paying the restitution should the Court permit his term of supervision to expire. Assistant U.S. Attorney Christy Fawcett has no objection to allowing Mr. Mele's term of supervision to expire with the signed Agreement.

FILED
HARRISBURG, PA

APR - 4 2006

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

Mele, Alfred A.
1:CR-01-224-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on August 5, 2006, without further action of the Court.

ORDER OF COURT

Considered and ordered this 4th day of April, 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Respectfully,

_____
Douglas M. Durnin
Supervising U.S. Probation Officer

Place___Harrisburg, PA_____

Date_____April 4, 2006_____