UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 1:CR-01-224-01 |
| Alfred A. Mele | : |

## AGREEMENT REGARDING UNPAID FINES

The following agreement is entered into by,

**Alfred A. Mele**

defendant in the above-captioned case, in recognition of his obligation to the United States to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On May 10, 2002, the defendant was sentenced based on his conviction at the above-captioned criminal number and directed by United States District Judge Sylvia H. Rambo, as a condition of supervised release, to pay a fine in the amount of $40,000.00, in monthly installments of no less than $200.00, during a period of supervised release of two years which began on August 6, 2004.

2. The defendant acknowledges that he has failed to comply with the fine portion of the Court's sentence and that he presently owes the United States a total of $39,550.00.

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill his fine obligation under the above-described sentence, consideration will be given to allowing the defendant's period of supervised release to expire as originally set by the Court. The defendant has been advised that his failure to pay the above fine obligation could form a basis for the revocation of supervised release and resentencing by the District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon

1

assets owned by the defendant, the defendant hereby agrees to make total monthly fine payments of $25.00, to the U.S. Government, in the amount of $39,550.00, through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, Pennsylvania 17108, said payments to be made on a monthly basis between the first and fifteenth day of each month. Additionally, the defendant agrees, should his personal finances improve, to increase the monthly payments accordingly. Further, the defendant agrees that if he moves from his residence at 3130 Holiday Springs Road, Apartment 309, Margate, FL 33063, that he will notify the Clerk of Court.

5. The defendant further agrees and confesses judgment for the total unpaid fine, and authorizes the United States to enter judgment against him for said amount in any appropriate court for the full amount. It is the defendant's intention that he be bound by this confession of judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
Defendant

_____
Witness

Sworn to and subscribed before
me this ___ day of
_____, 2006.
_____
Deputy Clerk

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 3/28/06

2